Opinion issued May 17, 2007


 





 






In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-06-00372-CR

____________


JOYNETTA YVETTE BLAINE, Appellant


V.


THE STATE OF TEXAS, Appellee






On Appeal from the 209th District Court 

Harris County, Texas

Trial Court Cause No. 1010908






MEMORANDUM OPINION

 Appellant, Joynetta Yvette Blaine, pleaded guilty to the offense of murder, (1) and
the trial court, after a pre-sentence investigation hearing, assessed her punishment at
confinement for 55 years. We affirm.

 Appellant's counsel on appeal has filed a brief stating that the record presents
no reversible error, that the appeal is without merit and is frivolous, and that the
appeal must be dismissed or affirmed. See Anders v. California, 386 U.S. 738, 87
S.Ct. 1396, (1967). The brief meets the requirements of Anders by presenting a
professional evaluation of the record and detailing why there are no arguable grounds
for reversal. Id. at 744, 87 S.Ct. at 1400; see also High v. State, 573 S.W.2d 807, 810
(Tex. Crim. App.1978). 

 Counsel represents that she has served a copy of the brief on appellant. 
Counsel also advised appellant of her right to examine the appellate record and file
a pro se brief. See Stafford v. State, 813 S.W.2d 503, 510 (Tex. Crim. App. 1991). 
More than 30 days have passed, and appellant has not filed a pro se brief. Having
reviewed the record and counsel's brief, we agree that the appeal is frivolous and
without merit and that there is no reversible error. See Bledsoe v. State, 178 S.W.3d
824, 826-27(Tex. Crim. App. 2005). 


 We affirm the judgment of the trial court and grant counsel's motion to
withdraw. (2) 

PER CURIAM


Panel consists of Chief Justice Radack, and Justices Jennings and Bland.

Do not publish. Tex. R. App. P. 47.2(b).









 
1. See Tex. Pen. Code Ann. § 19.02(a) (Vernon Supp.2005).
2. Appointed counsel still has a duty to inform appellant of the result of this appeal and
that she may, on her own, pursue discretionary review in the Texas Court of Criminal
Appeals. See Bledsoe v. State, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005).